IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EULA HENDERSON                                                                    PLAINTIFF

v.                                      NO.  3:06cv00108 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                          DEFENDANT

## JUDGMENT

Judgment is hereby entered in accordance with the Court's Memorandum and Order entered this date.  This case is hereby reversed and remanded for action consistent with the Court's opinion.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and Melkonyan v. Sullivan, 501 U.S. 89 (1991).

IT IS SO ORDERED this 25th day of September, 2007.


_____
UNITED STATES MAGISTRATE JUDGE